

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00036-CV
_____

FOREMAN ELECTRIC SERVICE COMPANY, INC., Appellant

V.

CRAWFORD ELECTRIC SUPPLY COMPANY, INC., Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-006070-1

---

Before Birdwell, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

This court is in receipt of Appellant's "Notice of Withdrawal of Notice of Appeal." We construe this notice as a motion to dismiss the appeal. *See In re Expunction*, No. 01-17-00021-CV, 2017 WL 4249562, at *1 (Tex. App.—Houston [1st Dist.] Sept. 26, 2017, orig. proceeding) (per curiam) (mem. op.); *see also* Tex. R. App. P. 10.1. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 26, 2020